# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>**Plaintiff,**<br><br>v.<br><br>MICRON TECHNOLOGY, INC., APPLE, INC., ELPIDA MEMORY, INC., MICRON MEMORY JAPAN, INC., ELPIDA MEMORY USA, INC.,<br><br>**Defendants.** | Civil Action No. 15-cv-10374 |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

The undersigned attorney of record for Plaintiff Massachusetts Institute of Technology provides that no corporation meets the disclosure requirements of Fed. R. Civ. P. 7.1.

Dated: February 12, 2015

MASSACHUSETTS INSTITUTE OF TECHNOLOGY

By its attorneys,

/s/ Kenneth R. Berman
Kenneth R. Berman (BBO No. 040320)
kberman@nutter.com
Nutter, McClennen & Fish LLP
155 Seaport Blvd.
Boston, MA 02210
617-439-2000
Fax: 617-310-9000

2741510.1

1077232