## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MICRON TECHNOLOGY, INC., APPLE, INC., ELPIDA MEMORY, INC., MICRON MEMORY JAPAN, INC., AND ELPIDA MEMORY USA, INC.,**<br><br>**Defendant.** | **Civil Action No.  1:15-cv-10374-FDS** |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully file this stipulation of dismissal with prejudice.

The Patent Trial and Appeal Board (PTAB) of the U.S. Patent and Trademark Office has recently issued an Adverse Judgment resulting in the cancellation of all of the patent claims alleged to be infringed by Defendants.  The Adverse Judgment, which is attached hereto as Exhibit 1, was entered on Plaintiff's request after the PTAB issued an institution decision finding a reasonable likelihood that the claims are invalid.  In light of the Adverse Judgment, the parties agree that there remains no justiciable controversy over the '221 patent in this action, making dismissal with prejudice appropriate.

Defendants have indicated that they intend to file a motion for attorneys' fees and/or to declare this case exceptional pursuant to 35 U.S.C. § 285.  To the extent such a motion is filed, Plaintiff will oppose it.

Dated: January 11, 2016

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY

By its attorneys,

*/s/ Kenneth R. Berman*
Kenneth R. Berman (BBO No. 040320)
kberman@nutter.com
Nutter, McClennen & Fish LLP
155 Seaport Blvd.
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000

Of Counsel:

MCKOOL SMITH, P.C.

*/s/ Steven J. Pollinger*
Steven J. Pollinger (admitted pro hac vice)
spollinger@McKoolSmith.com
Ramzi R. Khazen (admitted pro hac vice)
rkhazen@McKoolSmith.com
MCKOOL SMITH, P.C.
300 W. 6th Street Suite 1700
Austin, TX 78701
(512) 692-8700
Fax: (512) 692-8744

Dated: January 11, 2016

MICRON TECHNOLOGY, INC., MICRON
MEMORY JAPAN, INC. ELPIDA MEMORY
USA, INC., AND APPLE INC.

By their attorneys,

*/s/ T. Christopher Donnelly* (with permission)
T. Christopher Donnelly (BBO No. 129930)
tcd@dcglaw.com
DONNELLY, CONROY & GELHAAR LLP
260 Franklin Street, Suite 1600.
Boston, MA 02210
(617) 720-2880
Fax: (617) 720-3554

Of Counsel:

KENYON & KENYON LLP

*/s/ Rose Cordero Prey* (with permission)
Rose Cordero Prey (admitted pro hac vice)
rprey@kenyon.com
KENYON & KENYON LP
One Broadway
New York, NY 10004
(212) 425-7200
Fax: (212) 425-5288

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on January 11, 2016.

*/s/ Kenneth R. Berman*